**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| ROBERT L. IVEY, JR., | **INDEX FOR NOTICE OF REMOVAL** |
| Plaintiff, | **State No.: E2021003762** |
| v. | **Case No.:** |
| CITY OF ROCHESTER and THE ROCHESTER POLICE DEPARTMENT, JOHN WOICYK, JAMES BREEN, JACK GEARY, ERIC WEIGEL, ELUD RODRIGUEZ, MARK ROHR and JOHN DOE, | |
| Defendants. | |

---

Index of Exhibits to the Notice of Removal:

A. Summons with Notice filed with the Monroe County Supreme Court on September 23, 2021 and served on the City of Rochester on November 30, 2021.

Dated:   December 20, 2021
Rochester, New York

**PATRICK BEATH,**
**DEPUTY CORPORATION COUNSEL**

/s/ John M. Campolieto
_____
John M. Campolieto, Esq., Of Counsel
*Attorneys for Defendants*
Office and Post Office Address
City Hall Room 400A, 30 Church Street
Rochester, NY 14614
Telephone: (585) 428-7410
campolj@cityofrochester.gov

TO:  Leo G. Finucane, Esq.
     Finucane and Hartzell, LLLP.
     6 North Main Street, Suite
     Pittsford, NY  14534
     (585) 586-0220