STATE OF NEW YORK
SUPREME COURT  COUNTY OF MONROE

---

**ROBERT L. IVEY, JR.,**

                       Plaintiff,

-vs-

**CITY OF ROCHESTER and
THE ROCHESTER POLICE DEPARTMENT,
JOHN WOICYK, JAMES BREEN,
JACK GEARY, ERIC WEIGEL,
ELIUD RODRIGUEZ, MARK ROHR and
JOHN DOE,**

                       Defendants.

---

## SUMMONS WITH NOTICE

Index No. E2021003762

Plaintiff designates the County of Monroe as the place of trial.

The basis of venue is plaintiff's residence and the location of the incident.

Plaintiff's place of residence is the County of Monroe, State of New York.

**TO THE ABOVE-NAMED DEFENDANT(S):**

    **YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to serve a copy of your Answer, or, if the Complaint is not served with the Summons, to serve a Notice of Appearance, on the Plaintiffs' Attorney within 20 days after the service of this Summons, exclusive of the day of service (or within 30 days after the service is complete if this Summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

**Notice:** The action is for false arrest, assault, battery, intentional infliction of emotional distress, negligent infliction of emotional distress, psychological harm, negligent hiring and supervision, civil rights violations and damages sustained by plaintiff through the actions of the defendants on or about September 26, 2021 and following, notice of which the municipal defendant was provided by a Notice of Claim dated April 26, 2021 and duly served July 6, 2021 pursuant to an Order of the Honorable William Taylor dated July 2, 2021.

The relief sought is compensatory damages for pain and suffering and punitive damages which exceed the jurisdictional limits of all lower courts.

**DATED: September 23, 2021**

_____
Leo G. Finucane

FINUCANE AND HARTZELL, LLP

*Attorneys for the Plaintiff*

Robert L. Ivey, Jr.

6 North Main Street

Pittsford, New York 14534

Telephone (585) 586-0220